No. 787. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK ET AL. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Solicitor General Beck, Mr. Harlan F. Stone, Mr. Chauncey G. Parker, Mr. Henry M. Ward* and *Mr. Paul W. McQuillen* for petitioner. No appearance for respondents.

No. 791. SAFE-CABINET COMPANY v. GLOBE-WERNICKE COMPANY. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James L. Stewart* for petitioner. *Mr. Robert H. Parkinson* and *Mr. Wallace R. Lane* for respondent.

No. 814. ANGLO-AMERICAN OIL COMPANY, LIMITED, v. R. J. GREEN, CLAIMANT OF THE STEAMSHIP "G. R. CROWE," HER ENGINES, ETC. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. H. McGrann* and *Mr. John M. Woolsey* for petitioner. *Mr. Roscoe H. Hupper* and *Mr. Charles C. Burlingham* for respondent.

No. 768. M. E. MONTGOMERY ET AL. v. PACIFIC ELECTRIC RAILWAY COMPANY. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Albert E. Sherman* for petitioners. *Mr. Frank Karr* and *Mr. Oscar Lawler* for respondent.

No. 798. C. A. LEEPER COMPANY ET AL. v. LEMON G. NEELY COMPANY ET AL. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the